JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SACV 14-01701-JLS |
| Plaintiff, | ) (RNBx) |
| v. | ) |
| $112,700.00 IN U.S. CURRENCY, | ) **CONSENT JUDGMENT OF FORFEITURE** |
| Defendant. | ) |
| LATASHA LEE JONES, | ) |
| Claimant. | ) |

Plaintiff and Claimant Latasha Lee Jones ("Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the parties' Stipulation and Request to Enter Proposed Consent Judgment of Forfeiture, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. $2,700.00 of the $112,700.00 in U.S. currency ("Defendant Currency") shall be returned to Claimant through her counsel. The United States Marshals Service shall release said funds, without interest, by wire transfer to Claimant's counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith. The United States Marshals Service shall make the transfer within forty-five (45) days of the entry of this Judgment or its receipt of the necessary wire transfer information, whichever is later.

2. The Government shall have judgment as to the remaining $110,000.00 in U.S. currency, and no other right, title or interest shall exist therein. The Government shall dispose of the forfeited currency according to law.

3. Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the Defendant Currency and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees or costs which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

4. The Court finds that there was reasonable cause for the seizure of the Defendant Currency and the institution of this action. This Consent Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5. Each of the parties, including Claimant, shall bear her/its own attorneys' fees and costs in connection with the seizure, retention and return of the Defendant Currency.

**SO ORDERED:**

Dated: February 10, 2015

_____
Honorable Josephine L. Staton
United States District Judge

**cc: USM**